**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-2146**
_____

MARIA ABREU,

             Plaintiff - Appellant,

        v.

COUNTRYWIDE BANK, N.A.; COUNTRYWIDE HOME LOANS; BANK OF
AMERICA CORPORATION; FEDERAL HOUSING FINANCE AGENCY; FEDERAL
HOME LOANS MORTGAGE CORPORATION,

             Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Roger W. Titus, District Judge.  (8:08-
cv-02635-RWT)

_____

Submitted:  November 3, 2010        Decided:  November 16, 2010

_____

Before NIEMEYER, DUNCAN, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Mary E. Goulet, WHITHAM, CURTIS, CHRISTOFFERSON & COOK, PC,
Reston, Virginia, for Appellant.  Charles S. Hirsch, Glenn A.
Cline, BALLARD SPAHR, LLP, Baltimore, Maryland; Stephen E. Hart,
FEDERAL HOUSING FINANCE AGENCY, Washington, D.C.; Howard N.
Cayne, David B. Bergman, Ian S. Hoffman, Christopher A. Jaros,
ARNOLD & PORTER, LLP, Washington, D.C., for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maria Abreu appeals the district court's order granting summary judgment for the Defendants and its subsequent order denying her motion to alter or amend the judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm both the judgment of the district court and its order denying Abreu's post-judgment motion. Abreu v. Countrywide Bank, N.A., No. 8:08-cv-02635-RWT (D. Md. July 24, 2009 & Sept. 3, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED